```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI)   :   MDL DOCKET NO. 875
                                :
                                :
RICHARD ARCHER                  :
                                :
                                :
    v.                          :   Civil Action No. 09-cv-70093
                                :
                                :
                                :   Transferred from the Northern
MEAD CORPORATION, ET AL.        :   District of Alabama
```

```
ALFRED MCGUFFIE                 :
                                :
                                :
    v.                          :   Civil Action No. 09-cv-70095
                                :
                                :
                                :   Transferred from the Northern
MEAD CORPORATION, ET AL.        :   District of Alabama
```

```
REBEKKAH RIGGS                  :
                                :
                                :
    v.                          :   Civil Action No. 09-cv-70094
                                :
                                :
                                :   Transferred from the Northern
MEAD CORPORATION, ET AL.        :   District of Alabama
```

**O R D E R**

**AND NOW**, this **28th** day of **July, 2011,** it is hereby **ORDERED** that Defendant Meadwestvaco Corporation's Motions for Summary Judgment in the above-captioned cases, listed in Exhibit "A," attached, are **DENIED**.

1

```
                          09-70093, 09-70094, 09-70095
```

**AND IT IS SO ORDERED.**

<u>S/Eduardo C. Robreno</u>

**EDUARDO C. ROBRENO, J.**

**Exhibit A**

| | | | | | doc. no. | filed date |
|---|---|---|---|---|---|---|
| 09-70093 | AL-N | Archer et al v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 105 | 4/19/2011 |
| 09-70094 | AL-N | Riggs v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 82 | 4/19/2011 |
| 09-70095 | AL-N | Mcguffie et al v. Mead Corporation et al | Meadwestvaco Corporation Mead Corporation | 3/15/2011 | 79 | 4/19/2011 |